Certificate Number: 14912-CAC-DE-040393958

Bankruptcy Case Number: 25-18510



14912-CAC-DE-040393958

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2025, at 1:43 o'clock AM EST, Idalid Ibarra completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   December 9, 2025             By:   /s/Jai Bhatt

                                     Name: Jai Bhatt

                                     Title: Counselor